B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Star Food International, Inc., a California corporation dba**<br>**Freshia Market** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**41-2101124** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12840 Beach Boulevard**<br>**Stanton, CA**<br>ZIP Code **90680** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*

■ Corporation (includes LLC and LLP)

☐ Partnership

☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."

■ Debts are primarily
business debts

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the debtor
is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed
to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more
classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition** <br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Star Food International, Inc., a California corporation dba** <br> **Freshia Market** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) ||||
|---|---|---|---|
| Location <br> Where Filed:  **- None -** | Case Number: || Date Filed: |
| Location <br> Where Filed: | Case Number: || Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) ||||
|---|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: || Date Filed: |
| District: | Relationship: | Judge: ||

<table>
<tr>
<td>

<b>Exhibit A</b>

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

<b>Exhibit B</b>

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** _____ <br>    Signature of Attorney for Debtor(s)            (Date)

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____ <br>(Name of landlord that obtained judgment)

<br><br><br>

_____ <br>(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                 Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Star Food International, Inc., a California corporation dba Freshia Market** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _Monica Y. Kim (signature)_____
Signature of Attorney for Debtor(s)

**Monica Y. Kim 180139**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Rankin & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Address

_____
Telephone Number
**1-5-10**          **180139**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Steve Park**
Printed Name of Authorized Individual
**President and Chief Executive Officer**
Title of Authorized Individual
**1-5-10**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

CERTIFICATE OF STAR FOOD INTERNATIONAL, INC.,
A CALIFORNIA CORPORATION
AUTHORIZING FILING OF PETITION UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE

I, Steve Park, hereby certify as follows:

1.    I am the Sole Shareholder, President and Chief
Executive Officer of Star Food International, Inc., a
California corporation (the "Company").

2.    At a special meeting of the Company's Board of
Directors, the following resolutions were duly enacted by a
unanimous vote of the Board, and the same remain in full
force and effect, without modification, as of the date
hereof:

> RESOLVED, that Steve Park ("Park") is
> hereby authorized to determine whether
> it is desirable and in the best
> interests of the Company, its creditors,
> and other interested parties, that the
> Company file a Petition under the
> provisions of Chapter 11 of Title 11,
> United States Code (the "Bankruptcy
> Code");
>
> FURTHER RESOLVED, that Park is hereby
> authorized and directed on behalf of and
> in the name of the Company to execute a
> Chapter 11 bankruptcy petition and all
> related documents and papers on behalf
> of the Company in order to enable the
> Company to commence a Chapter 11
> bankruptcy case;
>
> FURTHER RESOLVED, that Park is hereby
> authorized and directed on behalf of and
> in the name of the Company to execute
> and file and to cause counsel to the

Company to prepare with the assistance
of the Company as appropriate all
petitions, schedules, lists and other
papers, documents and pleadings in
connection with the Company's bankruptcy
case, and to take any and all action
which Park deems necessary and proper in
connection with the Company's bankruptcy
case;

**FURTHER RESOLVED** that the Company hereby
retains the law offices of Levene,
Neale, Bender, Rankin & Brill L.L.P. as
bankruptcy counsel for the Company for
purposes of, among other things,
representing the Company in its Chapter
11 case.

Dated:   December 3l, 2009

STAR FOOD INTERNATIONAL, INC.

Steve    Park,    Sole    Shareholder,
President    and    Chief    Executive
Officer

2

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Star Food International, Inc., a California corporation dba Freshia Market**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| HYE KYUNG YOON 2-301 DOGOK 2- DONG GANGNAM-GU, SEOUL, KOREA | HYE KYUNG YOON 2-301 DOGOK 2- DONG GANGNAM-GU, SEOUL, KOREA | | | 450,000.00 |
| PULMUONE WILDWOOD, INC. 2315 MOORE AVE. FULLERTON, CA 92833 | PULMUONE WILDWOOD, INC. 2315 MOORE AVE. FULLERTON, CA 92833 714-578-2800 | | | 348,240.03 |
| JAYONE FOOD 7212 ALONDRA BLVD. PARAMOUNT, CA 90723 | JAYONE FOOD 7212 ALONDRA BLVD. PARAMOUNT, CA 90723 562-787-4182 | | | 300,997.25 |
| PACIFIC GIANT, INC. 4625 DISTRICT BLVD. VERNON, CA 90058 | PACIFIC GIANT, INC. 4625 DISTRICT BLVD. VERNON, CA 90058 | | | 220,692.49 |
| WOOSUNG AMERICA 1805 INDUSTRIAL ST. LOS ANGELES, CA 90021 | WOOSUNG AMERICA 1805 INDUSTRIAL ST. LOS ANGELES, CA 90021 213-612-0205 | | | 191,726.91 |
| JOBBERS MEAT 3336 FRUITLAND AVE. LOS ANGELES, CA 90058 | JOBBERS MEAT 3336 FRUITLAND AVE. LOS ANGELES, CA 90058 | | | 188,523.98 |
| JIN HAN INT'L INC. 3000 SUPPLY AVE. COMMERCE, CA 90040 | JIN HAN INT'L INC. 3000 SUPPLY AVE. COMMERCE, CA 90040 323-727-5566 | | | 175,886.45 |
| JFC INTERNATIONAL INC. P.O. BOX 875349 LOS ANGELES, CA 90087 | JFC INTERNATIONAL INC. P.O. BOX 875349 LOS ANGELES, CA 90087 | | | 159,015.34 |
| I&T PRODUCE CO., INC. 1601 EAST OLYMPIC BLVD. LOS ANGELES, CA 90021 | I&T PRODUCE CO., INC. 1601 EAST OLYMPIC BLVD. LOS ANGELES, CA 90021 213-629-4617 | | | 151,206.50 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Star Food International, Inc., a California corporation dba
Freshia Market**
_____
Debtor(s)

Case No.    _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
| IBC PRODUCE 1717-1719 INDUSTRIAL ST. LOS ANGELES, CA 90021 | IBC PRODUCE 1717-1719 INDUSTRIAL ST. LOS ANGELES, CA 90021 909-396-0884 | | | 121,074.75 |
| KOREAN FARM, INC. 12500 EAST SLAUSON AVE. UNIT 81 A SANTA FE SPRINGS, CA 90670 | KOREAN FARM, INC. 12500 EAST SLAUSON AVE. UNIT 81 A SANTA FE SPRINGS, CA 90670 213-688-8806 | | | 117,780.30 |
| OTTOGI AMERICA, INC. 1650 WEST EL SEGUNDO BLVD. GARDENA, CA 90249 | OTTOGI AMERICA, INC. 1650 WEST EL SEGUNDO BLVD. GARDENA, CA 90249 310-324-1094 | | | 106,720.63 |
| JAY PRODUCE INC. 2939 SUNOL DRIVE LOS ANGELES, CA 90023 | JAY PRODUCE INC. 2939 SUNOL DRIVE LOS ANGELES, CA 90023 323-881-9289 | | | 91,643.00 |
| DAE WON FOOD 400 EAST ALONDRA BLVD. GARDENA, CA 90248 | DAE WON FOOD 400 EAST ALONDRA BLVD. GARDENA, CA 90248 310-515-7411 | | | 85,932.30 |
| TAEMIN INT'L TRADING CORP. 15320 VALLEY VIEW AVE. # 3 LA MIRADA, CA 90638 | TAEMIN INT'L TRADING CORP. 15320 VALLEY VIEW AVE. # 3 LA MIRADA, CA 90638 562-404-5340 | | | 77,359.15 |
| DAE SANG AMERICA, INC. 2040 DAVIE AVE. COMMERCE, CA 90040 | DAE SANG AMERICA, INC. 2040 DAVIE AVE. COMMERCE, CA 90040 415-438-1880 | | | 74,960.33 |
| MARSH&HERB IMPORTER P.O. BOX 1845 ARCADIA, CA 91077-1845 | MARSH&HERB IMPORTER P.O. BOX 1845 ARCADIA, CA 91077-1845 213-892-9966 | | | 65,491.50 |
| WIN SOON, INC. 4569 FIRESTONE BLVD. SOUTH GATE, CA 90280 | WIN SOON, INC. 4569 FIRESTONE BLVD. SOUTH GATE, CA 90280 323-564-5070 | | | 55,196.58 |
| OYANG AMERICA, INC. 1043 SOUTH HARVARD BLVD. Los Angeles, CA 90006-2403 | OYANG AMERICA, INC. 1043 SOUTH HARVARD BLVD. Los Angeles, CA 90006-2403 323-737-8501 | | | 53,554.90 |
| INTERSTATE SEAFOOD P.O. BOX 86445 LOS ANGELES, CA 90086 | INTERSTATE SEAFOOD P.O. BOX 86445 LOS ANGELES, CA 90086 | | | 53,137.94 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Star Food International, Inc., a California corporation dba
Freshia Market**                                  Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   _1-5-2010_            Signature   _____

                                          **Steve Park**
                                        **President and Chief Executive Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed. nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Los Angeles_____ , California.

Dated _____Jan. 5, 2010_____

**Steve Park**
Debtor

*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of Califonia.

Revised May 2004

**F 1015-2.1**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Verification of Creditor Mailing List - (Rev. 10/05)                    2005 USBC, Central District of California

## MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **Monica Y. Kim 180139**

Address     **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years: | Case No.: |
|---|---|
| Star Food International, Inc., a California corporation dba Freshia Market | Chapter:        **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __21__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    **1 - 5 - 2010**

**Steve Park/President and Chief Executive Officer**
Signer/Title

Date:

Signature of Attorney
**Monica Y. Kim 180139**
**Levene, Neale, Bender, Rankin & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**

Star Food International, Inc., a California corporation dba Freshia M
12840 Beach Boulevard
Stanton, CA 90680


Monica Y. Kim
Levene, Neale, Bender, Rankin & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017


7 UP
2670 Land Ave.
Sacramento, CA 95815


A TO Z
25615 BAYSIDE PLACE
HARBOR CITY, CA 90710


ADP
504 clinton Center DDR Ste. 4400
Clinton, MS 39056


ADVANCE ALARM
13045 TOM WHITE WAY
SUITE # H
NORWALK, CA 90650


AHNSSINAE
1045 SOUTH WESTERN AVE.
#B
LOS ANGELES, CA 90006

ALIDORO GURMET
15466 Los Gattos Blvd. #109-369
Los Gatos, CA 95032


ALKA PURO
P.O. BOX 664
TUSTIN, CA 92781


ALTA DENA
17637 EAST VALLEY BLVD.
CITY OF INDUSTRY, CA 91744


ANDERSEN'S DOOR SERVICE
11362 WESTERN AVENUE
STANTON, CA 90680


ANSHIN PRODUCE CO., INC.
130 SOUTH MYERS ST.
LOS ANGELES, CA 90033


ARAMARK UNIFORM
P.O. BOX 894704
LOS ANGELES, CA 90189


ARAMBURO PRODUCE, INC.
1601 EAST OLYMPIC BLVD.
P.O. BOX 21394
LOS ANGELES, CA 90021


AROMA ORCHIDS
2043 DESIRE AVENUE
ROWLAND HEIGHTS, CA 91748

BCD FOOD, INC.
13507 SOUTH NORMANDIE AVE.
GARDENA, CA 90249


BE&GE
1043 EAST CESAR E. CHAVEZ AVE.
LOS ANGELES, CA 90033


BEGA TRADING CO.
16637 KNOLLWOOD DR.
GRANADA HILLS, CA 91344


BEKSEJU USA INC.
7123 TELEGRAPH ROAD
MONTEBELLO, CA 90640


BEST DEMO


BIZPIE, INC.
370 NORTH PALM ST. # 8
BREA, CA 92821


BLUE MARINE SEAFOOD, INC.
4988 CORONA AVE.
VERNON, CA 90058


BONG SOO LEE

BROSTOFF-CELL INC.
1601 E. OLYMPIC BLVD. STE. 505
P.O. BOX 21494
LOS ANGELES, CA 90021-0494


BUKHA FOOD USA
1811 W. COMMONWEALTH AVE.
# M
LOS ANGELES, CA 92833


CA SHOPPING CART
1600 SACRAMENTO INN WAY
# 201
SACRAMENTO, CA 95815


CAL WATERCRESS
P.O. BOX 874
FILLMORE, CA 93016


CALIFORNIA BOAR RANCH
20420 TEHACHAPI WILLOW
SPRINGS ROAD
TEHACHAPI, CA 93561


CALIFORNIA BOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO, CA 94279-3535


CALTRA, INC.
723 GIBBONS ST. # 8
LOS ANGELES, CA 90031


CBM CORP.
1805 INDUSTRIAL ST.
LOS ANGELES, CA 90021

CHARLES RIM, CPA
26314 WESTERN AVENUE
SUITE 200
LOMITA, CA 90717


CHARM HAN ENTERPRISE INC.
3071 EAST 12TH ST.
LOS ANGELES, CA 90023


CHUN-JU KIMCHI
2992 WEST PICO BLVD.
LOS ANGELES, CA 90006


CHUNG HO
1240 N. Simon Circle Ste. A
Anaheim, CA 90806


CINTAS
15541 Moncher Ave.
Tustin, CA 92781


CITY OF TORRANCE
PO Box 9016
San Dimas, CA 91773


CJ FOODS, INC.
5801 SOUTH MALT AVE.
COMMERCE, CA 90040


COCA COLA
P.O. BOX 53158
LOS ANGELES, CA 90074-3158

CONCORD FARMS, INC.
2811 FABER ST.
UNION CITY, CA 94587


COSMOS FOOD
2405 FORNEY ST.
LOS ANGELES, CA 90031


COUNTY OF ORANGE
PO Box 1438
Santa Ana, CA 92702


CRYSTAL GARLIC CO.
1805 HOLLYOAK DRIVE
MONTEREY PARK, CA 91755


D & C DISTRIBUTING CO.
746 TOWNE AVENUE
LOS ANGELES, CA 90021


DAE SANG AMERICA, INC.
2040 DAVIE AVE.
COMMERCE, CA 90040


DAE WON FOOD
400 EAST ALONDRA BLVD.
GARDENA, CA 90248


DIRECT TV
PO Box 60036
Los Angeles, CA 90060

```
DOKIL BAKERY
835 EAST 29TH ST.
LOS ANGELES, CA 90011


DON LEE



DREYER'S GRAND ICE CREAM
5929 College Ave.
Oakland, CA 94618


E-HWA FOOD PRODUCTS CO.
2639 EAST 54TH ST.
HUNTINGTON PARK, CA 90255


EDD PR TAX



EDS & CO., INC.
16310 DOWNEY AVE.
PARAMOUNT, CA 90723


ENTERPRISE FUNDING
P.O. BOX 20
FRANKLIN, TN 37065-0020


ETC. WHOLESALE
4611 SOUTH ALAMEDA ST.
LOS ANGELES, CA 90058
```

EW MART, INC.
1215 WEST WASHINGTON BLVD.
Los Angeles, CA 90007-1328


EXPO PROPANE
5843 PARAMOUNT BLVD.
SUITE A
LONG BEACH, CA 90805


FARMLAND IMPORTS, INC.
816 EUCLID AVENUE
SAN GABRIEL, CA 91776-2806


FLUEGGE EGG
29317 TWAIN WAY
VALLEY CENTER, CA 92082


FOOD CONNECT
544 STANFORD AVENUE
LOS ANGELES, CA 90013


FUJI NATURAL
P.O. BOX 3728
ONTARIO, CA 91761


GK SERVICE
14700 SPRING AVENUE
SANTA FE SPRINGS, CA 90670-5108


GLAMI USA
680 WILSHIRE BL. # 302
LOS ANGELES, CA 90005

GOLDEN EAGLE
PO Box 6486
Carol Stream, IL 60197


GOLDEN SHIP, INC.
22840 SOUTH WESTERN AVE.
TORRANCE, CA 90501


GREENLAND
2939 SUNOL DRIVE
VERNON, CA 90058


HAITAI, INC.
7227 TELEGRAPH RD.
MONTEBELLO, CA 90640


HAN'S PRODUCE
928 SOUTH CROCKER ST.
LOS ANGELES, CA 90021


HANBO AGENCY
4085 WEST 7TH STREET
# 20
LOS ANGELES, CA 90005


HARBOR DISTRIBUTING, INC.
LLC DEPT # 2685
LOS ANGELES, CA 90084-2685


HITE USA, INC.
144 WEST 131ST ST.
LOS ANGELES, CA 90061

HONG CHANG CORP.
10155 PAINTER AVE.
Santa Fe Springs, CA 90670-3017


HONG HAE FOODS
1660 WEST 261ST ST.
Harbor City, CA 90710-3244


HOOVER SUPPLY
4800 EAST 26TH ST.
VERNON, CA 90040


HOUSE FOOD AMERICA CORP.
7351 ORANGEWOOD AVE.
Garden Grove, CA 92841-1411


HYE KYUNG YOON
2-301 DOGOK 2- DONG
GANGNAM-GU, SEOUL, KOREA


HYUN BRIQUETTES, INC.
P.O. BOX 76565
LOS ANGELES, CA 90076


I&T PRODUCE CO., INC.
1601 EAST OLYMPIC BLVD.
LOS ANGELES, CA 90021


I. KHAN GLOBAL IMPORT
1977 SOUTH LOS ANGELES ST.
LOS ANGELES, CA 90011

IBC PRODUCE
1717-1719 INDUSTRIAL ST.
LOS ANGELES, CA 90021


INTERNAL REVENUE SERVICE


INTERSTATE SEAFOOD
P.O. BOX 86445
LOS ANGELES, CA 90086


J&S FRUITS & PRODUCE CO.
3440 EL CAMINO REAL
# 109
SANTA CLARA, CA 95051


JAY PRODUCE INC.
2939 SUNOL DRIVE
LOS ANGELES, CA 90023


JAYONE FOOD
7212 ALONDRA BLVD.
PARAMOUNT, CA 90723


JB INT'L
14530 BEST AVE.
SANTA FE SPRINGS, CA 90670


JFC INTERNATIONAL INC.
P.O. BOX 875349
LOS ANGELES, CA 90087

```
JIHWAJA CORP.
955 SOUTH VERMONT AVE.
# D
Los Angeles, CA 90006-1647


JIN HAN INT'L INC.
3000 SUPPLY AVE.
COMMERCE, CA 90040


JIN SUN MI INT'L
2535 EAST 12TH ST. # 8
LOS ANGELES, CA 90021


JK ELECTRIC
4734 Oakwood Ave. #106
Los Angeles, CA 90004


JO INT'L
3330 FOWLER ST.
LOS ANGELES, CA 90063


JOBBERS MEAT
3336 FRUITLAND AVE.
LOS ANGELES, CA 90058


JONATHAN NEIL & ASSOCS. INC.
18321 Ventura Blvd. Ste. 1000
Tarzana, CA 91356


JUMAR
13035 TOM WHITE WAY
SUITE D
NORWALK, CA 90650
```

K.R. FOOD, INC.
5106 EAST WASHINGTON BLVD.
COMMERCE, CA 90040-1239


KAE SUNG FOODS, INC.
1010 SOUTH ST. ANDREWS PL.
LOS ANGELES, CA 90019


KC HWANG ELECTRIC
13522 Palm Place
Cerritos, CA 90703


KOREAN FARM, INC.
12500 EAST SLAUSON AVE.
UNIT 81 A
SANTA FE SPRINGS, CA 90670


KOREAN FISH  HAN-GUK SANG SUN


LEE PRODUCE
747 STARLIGHT HEIGHTS DR.
LA CANADA, CA 91011


LOTTE INT'L AMERICA-GROC.
1805 INDUSTRIAL ST.
LOS ANGELES, CA 90021


LOTTE INT'L-MEAT
1805 INDUSTRIAL ST.
LOS ANGELES, CA 90021

LUCKY GROWERS
530 QUARRY ROAD
SAN MARCOS, CA 92069


MAD
3700 WILSHIRE BLVD.
SUITE 755
LOS ANGELES, CA 90010


MAMMOTH PACIFIC, INC.
1905 EAST 22ND ST.
LOS ANGELES, CA 90058


MARSH&HERB IMPORTER
P.O. BOX 1845
ARCADIA, CA 91077-1845


MASUK, INC.
370 NORTH PALM ST.
SUITE B
BREA, CA 92821


MAUST'S CALIFORNIA FARMS
5257 BELL COURT
CHINO, CA 91710


MONG-GO AMERICA, INC.
5800 BANDINI BLVD.
COMMERCE, CA 90040


MORITA PRODUCE
1601 EAST OLUMPIC BLVD.
# 219
LOS ANGELES, CA 90021

MR. PIZZA WESTERN, INC.
3881 WILSHIRE BLVD.
SUITE B
LOS ANGELES, CA 90010


MUHAK CO., LTD.
1050 EAST DOMINGUEZ ST.
# G-F
Carson, CA 90746


NAHLAH SEAPLUS, INC.
1450 LONG BEACH AVE.
LOS ANGELES, CA 90021


NEWPORT MEAT
P.O. BOX 19726
IRVINE, CA 92623-9726


NISHIMOTO TRADING CO., LTD.
13409 ORDEN DR.
SANTA FE SPRINGS, CA 90670-6336


OCEAN GROUP
1100 SOUTH SANTE FE AVE.
LOS ANGELES, CA 90021-1743


OCEANS UNITED CO.
2606 WINSTON PLACE
FULLERTON, CA 92833


OCINET
2708 WEST 7TH ST.
LOS ANGELES, CA 90021

OTTOGI AMERICA, INC.
1650 WEST EL SEGUNDO BLVD.
GARDENA, CA 90249


OYANG AMERICA, INC.
1043 SOUTH HARVARD BLVD.
Los Angeles, CA 90006-2403


P&K FRONTIER MARKETING
12065 CLARK ST.
SANTA FE SPRINGS, CA 90670


PACIFIC CITY BANK
3701 WILSHIRE BLVD.
SUITE 100
LOS ANGELES, CA 90010


PACIFIC FRESH FISH CO.
4625 DISTRICT BLVD.
VERNON, CA 90058


PACIFIC GIANT, INC.
4625 DISTRICT BLVD.
VERNON, CA 90058


PAOLA M C
P.O. BOX 151266
LOS ANGELES, CA 90015


PEAR GARDEN
250 NORTH JUANITA AVE.
LOS ANGELES, CA 90004

PEPSI COLA
Lockbox #75948
Chicago, IL 60675-5948


PETER PAN, INC.
720 HUNDLEY WAY
PLACENTIA, CA 92870


PULMUONE WILDWOOD, INC.
2315 MOORE AVE.
FULLERTON, CA 92833


RAINBOW FARM
530 QUARRY ROAD
SAN MARCOS, CA 92069


RAINBOW USA
5900 DALE ST.
BUENA PARK, CA 90621


ROM AMERICA, INC.
1438 EAST 6TH ST.
LOS ANGELES, CA 90021


S.I. DISTRIBUTION CO.
515 STANFORD AVE.
LOS ANGELES, CA 90013


SEHAN-A INT'L, INC.
700 EAST 7TH ST.
LOS ANGELES, CA 90021

SEMPIO FOOD SERVICE, INC.
16831 KNOTT AVE.
LA MIRADA, CA 90638


SODO INT'L CORP.
5900 SOUTH EASTERN ST.
COMMERCE, CA 90040


SOUTH BAY ABRAMS
P.O. BOX 2118
HUNTINGTON BEACH, CA 92647-0118


STRAUB DISTRIBUTING
2701 DOW AVENUE
TUSTIN, CA 92780-7209


SUNMAX PRODUCE USA INC.
622 SOUTH ANDERSON ST.
LOS ANGELES, CA 90023


SWISHER
PO Box 473526
Charlotte, NC 28247


TAC PRODUCE, INC.
2121 EAST 8TH ST.
LOS ANGELES, CA 90021


TAE BONG AMERICA, INC.
13120 SPRING ST.
BALDWIN PARK, CA 91706

TAEMIN INT'L TRADING CORP.
15320 VALLEY VIEW AVE.
# 3
LA MIRADA, CA 90638


THE KOREA DAILY
8269 GARDEN GROVE BLVD.
GARDEN GROVE, CA 92844


THE KOREA TIMES
4525 WILSHIRE BLVD.
LOS ANGELES, CA 90010


THREE STAR
1230 WEST BAKER AVE.
FULLERTON, CA 92833


TITAN FOODS, INC.
5440 EAST OLYMPIC BLVD.
Los Angeles, CA 90021


TOM E. PRODUCE
2964 STEEPLECHASE DR.
CHINO HILLS, CA 91709


TOWN PROVISION, INC.
621 GLADYS AVE.
LOS ANGELES, CA 90021


TOYOTA FINANCIAL
P.O. BOX 3457
TORRANCE, CA 90510-3457

UNDERWOOD & WONG
1601 EAST OLYMPIC BLVD.
BLDG. 200 - BAYS 206-207
LOS ANGELES, CA 90021


US METRO BANK
9866 GARDEN GROVE BLVD.
GARDEN GROVE, CA 92844


VIVIAN
760 EAST 14TH PLACE
LOS ANGELES, CA 90021


WANG GLOBALNET
2465 FRUITLAND
VERNON, CA 90058


WARREN CHANG
501 SANTA MONICA BLVD.
SUITE 501
SANTA MONICA, CA 90401


WARREN INVESTMENTS


WIN SOON, INC.
4569 FIRESTONE BLVD.
SOUTH GATE, CA 90280


WOORISOOL, INC.
18120 SOUTH BROADWAY ST.
UNIT B
GARDENA, CA 90248

WOOSUNG AMERICA
1805 INDUSTRIAL ST.
LOS ANGELES, CA 90021


Y.S. HEALTH
2319 EAST 37TH ST.
VERNON, CA 90058


YOON'S SECURITY
3240 WILSHIRE BLVD.
SUITE 575
LOS ANGELES, CA 90010


YOUNG CHANG FOOD, INC.
1808 MARENGO ST.
LOS ANGELES, CA 90033


YULISA FOODS, INC.
10181-10183 RUSH ST. SOUTH
SOUTH EL MONTE, CA 91733


YUNG'S FOOD
P.O. BOX 56004
RIVERSIDE, CA 92517


YW INTERNATIONAL
1995 EAST 20TH ST.
LOS ANGELES, CA 90058


YW WINE DISTRIBUTORS, INC.
1995 EAST 20TH ST.
LOS ANGELES, CA 90058