TIMOTHY YOO (SBN 155531)
MONICA Y. KIM (SBN 180139)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244

Attorneys for Chapter 11 Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| In re: | ) Chapter 11 |
|---|---|
| STAR FOOD INTERNATIONAL, INC., a California corporation, dba "Freshia Market," | ) CASE NO. 8:10-bk-10073-ES |
| Debtor. | ) **STIPULATION REGARDING USE OF CASH COLLATERAL (US METRO BANK)** |
| | ) Hearing: |
| | ) Date: January 7, 2010 |
| | ) Time: 10:30 a.m. |
| | ) Place: Courtroom "5A" |
| | )        411 West Fourth St. |
| | )        Santa Ana, CA 92701-4593 |

**US Metro Bank ("Metro Bank")**, on the one hand, and **Star Food International, Inc., dba "Freshia Market"**, debtor and debtor in possession herein (the "Debtor"), on the other hand, hereby enter into this Stipulation Regarding Use of Cash Collateral (the "Stipulation") with respect to the following:

## R E C I T A L S

**WHEREAS**, on January 5, 2010 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. Since the Petition Date, the Debtor has continued to operate its business and mange its affairs as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

**WHEREAS**, the Debtor is engaged in the business of owning and operating three (3) large, full service supermarkets located in Tustin, CA (14551 Red Hill Ave., Tustin, CA 92780), Torrance, CA (2515 Torrance Blvd., Torrance, CA 90503), and Garden Grove, CA (12840 Beach Blvd., Stanton, CA 90680). Each of the supermarkets features fresh produce, fresh fish and meats, and other food and consumer products including products that cater to the Asian/Korean communities including ready-made Korean foods.

**WHEREAS**, around May 2008, the Debtor obtained a loan from <u>Metro Bank</u>, secured by a lien and security interest upon substantially all of the Debtor's assets as collateral for the Debtor's obligations to Metro Bank. On May 13, 2008, Metro Bank recorded a financing statement with the California Secretary of State (file no. 20087157679030). The outstanding balance is approximately $940,000 as of this date.

**WHEREAS**, the Debtor is current with respect to all pre-petition payments due to Metro Bank under the parties' loan agreements.

**WHEREAS**, notwithstanding the Chapter 11 filing by the Debtor, the Debtor intends to remain current with respect to all post-petition payments due to Metro Bank under the parties' loan agreements.

**WHEREAS**, all of the Debtor's sales revenue, which the Debtor must use to operate its business, may constitute the "Cash Collateral" of Metro Bank within the meaning of 11 U.S.C. §363(a). Therefore, such Cash Collateral may not be used unless (a) Metro Bank

consents, or (b) the Court authorizes such use.

**WHEREAS**, Metro Bank has consented to the Debtor's use of Cash Collateral subject to the terms and conditions of this Stipulation. The parties believe that the entry of an order approving this Stipulation is in their best interests and the best interests of the bankruptcy estate and creditors thereof.

**NOW, THEREFORE**, based upon the foregoing recitals, the parties stipulate and agree, subject to Court approval, as follows:

S T I P U L A T I O N

1. <u>Cash Collateral</u>. The term "Cash Collateral," as used in this Stipulation, is defined as all of the pre-petition and post-petition proceeds derived from or in connection with the collateral of Metro Bank.

2. <u>Use of Cash Collateral</u>. So long as the Debtor continues to make its monthly payments to Metro Bank, in accordance with the terms and conditions of the parties' loan agreements, Metro Bank consents to the Debtor's use of cash Collateral to operate its business. Metro Bank agrees that its receipt of such monthly payments (and the replacement lien provided for in Paragraph 3 below) constitutes adequate protection of Metro Bank's interests in the Cash Collateral and the Debtor's use of the same during its case.

3. <u>Replacement Lien</u>. During the term of this Stipulation and as additional adequate protection of Metro Bank's interests in the Cash Collateral and Debtor's use of the same during its case, Metro Bank is hereby granted a replacement lien upon all post-petition assets of the Debtor's estate (except any avoidance actions arising under Bankruptcy Code Sections 544, 545, 546, 547, 548, 549, 550 or any similar provisions of the Bankruptcy Code) to the same extent, validity and priority of Metro Bank's pre-petition liens upon and security interests in the Debtor's assets and to the extent of the diminution in the value of the pre-

petition Collateral.

4. <u>Default</u>. If the Debtor fails to make its monthly payments to Metro Bank in accordance with the terms and conditions of the parties' loan agreements, and Metro Bank wishes to terminate its consent to the Debtor's use of Cash Collateral during this case, Metro Bank shall provide at least 5 business days written notice (by facsimile and e-mail) to the Debtor of its intent to terminate consent (the "Notice Period") to the following:

>Timothy Yoo
>Monica Y. Kim
>Levene, Neale, Bender, Rankin & Brill L.L.P.
>10250 Constellation Blvd., Suite 1700
>Los Angeles, CA 90067
>(310) 229-1234
>(310) 229-1244 – facsimile
>tjy@lnbrb.com
>myk@lnbrb.com

Upon receipt of such written notice, the Debtor shall have 5 business days to cure the default (the "Cure Period"). In addition, the Debtor shall have 15 business days following receipt of the written notice to schedule a hearing before the Bankruptcy Court regarding the Debtor's continuing use of Cash Collateral ("Cash Collateral Hearing"). The Debtor shall have continuing authority to use Cash Collateral during the Notice Period and the Cure Period.

5. <u>No Waiver</u>. Nothing contained in this Stipulation and the order thereon shall be deemed or construed to waive, reduce, or otherwise diminish the rights and claims of the

1  Metro Bank against the Debtor, or the rights and claims of the Debtor against Metro Bank.

2

3  Dated: January 5, 2010          STAR FOOD INTERNATIONAL, INC., dba FRESHIA
4                                                    MARKET

5                                                    By: _____
                                                        Steve Park, President and Chief Executive Officer
6

7  Dated: January __, 2010          US METRO BANK

8
                                                    By: _____
9                                                       Name: _____
                                                        Its: _____
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | Metro Bank against the Debtor, or the rights and claims of the Debtor against Metro Bank.

2

3 | Dated: January __, 2010                STAR FOOD INTERNATIONAL, INC., dba FRESHIA
4 |                                        MARKET

5 |                                        By:_____
6 |                                            Steve Park, President and Chief Executive Officer

7 | Dated: January 5, 2010                 US METRO BANK
8 |                                        By:_____
9 |                                            Name: Eunice Lien
                                              Its:  EVP & CCO

10

| In re<br>STAR FOOD INTERNATIONAL, INC., a California corporation, dba "FRESHIA MARKET.",<br>                                                              Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:10-bk-10073-ES |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

The document(s) described as: **STIPULATION REGARDING USE OF CASH COLLATERAL (US METRO BANK)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 5, 2009,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

  * Monica Y Kim     myk@lnbrb.com
  * United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  --- **,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

(PROOF OF SERVICE CONTINUED ON FOLLOWING PAGE)

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 5, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**VIA EMAIL**
US METRO BANK
9866 GARDEN GROVE BLVD.
GARDEN GROVE, CA 92844
E-MAIL: gracechoi@usmetrobank.com'

**VIA OVERNITEEXPRESS OVERNIGHT DELIVERY**
Hon. Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street, Ctrm 5A
Santa Ana, California 92701-4593        ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 5, 2010 | Angela Antonio | */s/ Angela Antonio* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**