1  TIMOTHY J. YOO (SBN 155531)
   MONICA Y. KIM (SBN 180139)
2  J.P. FRITZ (SBN 245240)
   LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
3  10250 Constellation Blvd., Suite 1700
   Los Angeles, California 90067
4  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
5
6  Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(SANTA ANA DIVISION)

| | |
|---|---|
| In re: | CASE NO. 8:10-bk-10073-ES |
| STAR FOOD INTERNATIONAL, INC., a California corporation, dba "FRESHIA MARKET.", | Chapter 11 |
| Debtor. | **NOTICE OF FINAL HEARING ON DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING** |
| | Final Hearing |
| | DATE: February 11, 2010 |
| | TIME: 10:30 a.m. |
| | PLACE: Courtroom 5A |
| | 411 West Fourth St. |
| | Santa Ana, California |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, ALL ALLEGED SECURED CREDITORS AND THEIR COUNSEL (IF KNOWN), TWENTY LARGEST UNSECURED CREDITORS, PARTIES REQUESTING SPECIAL NOTICE AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on January 7, 2010 at 10:30 a.m., the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California (the "Bankruptcy Judge"), approved, on an interim basis, the emergency motion (the "Motion") filed by Star Food

1

1  International, Inc., a California corporation, dba "Freshia Market" (the "Debtor"), the debtor and
2  debtor in possession in the above-referenced Chapter 11 case for use of "Cash Collateral" on an
3  interim basis pending a final hearing.

4      **PLEASE TAKE FURTHER NOTICE** that a final hearing on the Motion will be held
5  on February 11, 2010 at 10:30 a.m. before the Bankruptcy Judge in her Courtroom 5A located at
6  411 W. Fourth Street, Santa Ana, CA.

7      **PLEASE TAKE FURTHER NOTICE** that any person or party wishing to object to the
8  Motion at the final hearing must file an opposition with the Bankruptcy Court, and serve the
9  opposition on the proposed counsel for the Debtor whose name and contact information appear at
10 the top-left hand corner of this Notice, by not later than January 25, 2010.

11 Dated: January 7, 2010                  STAR FOOD INTERNATIONAL, INC.

13                                     By: /s/ Monica Kim
14                                          TIMOTHY J. YOO
                                         MONICA Y. KIM
15                                          JOHN-PATRICK M. FRITZ
                                         LEVENE, NEALE, BENDER, RANKIN
16                                             & BRILL L.L.P.
                                         Proposed Attorneys for Debtor and
17                                          Debtor in Possession

18
19
20
21
22
23
24
25
26
27
28

| In re<br>STAR FOOD INTERNATIONAL, INC., a California corporation, dba "FRESHIA MARKET.",<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:10-bk-10073-ES |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

The document(s) described as: **NOTICE OF FINAL HEARING ON DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 7, 2009,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

* Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
* Monica Y Kim    myk@lnbrb.com
* United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 7, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**VIA U.S. MAIL**
Secured Creditors
20 Largest Unsecured Creditors
Any Requests for Special Notice
(SEE ATTACHED SERVICE LISTS)

☒ Service information continued on attached page

(PROOF OF SERVICE CONTINUED ON FOLLOWING PAGE)

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 7, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**VIA OVERNITEEXPRESS OVERNIGHT DELIVERY**
Hon. Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street, Ctrm 5A
Santa Ana, California 92701-4593    ☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 7, 2010 | Angela Antonio | /s/ Angela Antonio |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**

In re Star Food International
Case No. 8:10-bk-10073-ES
20 Largest Unsecured

Office of the U.S. Trustee *
Santa Ana
411 West Fourth St. Suite 9041
Santa Ana, CA 92701

SERVED VIA U.S. MAIL UNLESS
SERVED VIA NEF (*)

HYE KYUNG YOON
2-301 DOGOK 2- DONG
GANGNAM-GU, SEOUL, KOREA

PULMUONE WILDWOOD, INC.
2315 MOORE AVE.
FULLERTON, CA 92833

JAYONE FOOD
7212 ALONDRA BLVD.
PARAMOUNT, CA 90723

PACIFIC GIANT, INC.
4625 DISTRICT BLVD.
VERNON, CA 90058

WOOSUNG AMERICA
1805 INDUSTRIAL ST.
LOS ANGELES, CA 90021

JOBBERS MEAT
3336 FRUITLAND AVE.
LOS ANGELES, CA 90058

JIN HAN INT'L INC.
3000 SUPPLY AVE.
COMMERCE, CA 90040

JFC INTERNATIONAL INC.
P.O. BOX 875349
LOS ANGELES, CA 90087

I&T PRODUCE CO., INC.
1601 EAST OLYMPIC BLVD.
LOS ANGELES, CA 90021

IBC PRODUCE
1717-1719 INDUSTRIAL ST.
LOS ANGELES, CA 90021

KOREAN FARM, INC.
12500 EAST SLAUSON AVE. UNIT 81 A
SANTA FE SPRINGS, CA 90670

OTTOGI AMERICA, INC.
1650 WEST EL SEGUNDO BLVD.
GARDENA, CA 90249

JAY PRODUCE INC.
2939 SUNOL DRIVE
LOS ANGELES, CA 90023

DAE WON FOOD
400 EAST ALONDRA BLVD.
GARDENA, CA 90248

TAEMIN INT'L TRADING CORP.
15320 VALLEY VIEW AVE. # 3
LA MIRADA, CA 90638

DAE SANG AMERICA, INC.
2040 DAVIE AVE.
COMMERCE, CA 90040

MARSH&HERB IMPORTER
P.O. BOX 1845
ARCADIA, CA 91077-1845

WIN SOON, INC.
4569 FIRESTONE BLVD.
SOUTH GATE, CA 90280

OYANG AMERICA, INC.
1043 SOUTH HARVARD BLVD.
Los Angeles, CA 90006-2403

INTERSTATE SEAFOOD
P.O. BOX 86445
LOS ANGELES, CA 90086

| | | |
|---|---|---|
| In re Star Food International<br>Case No. 8:10-bk-10073-ES<br>Secured Creditors | Office of the U.S. Trustee *<br>Santa Ana<br>411 West Fourth St. Suite 9041<br>Santa Ana, CA 92701 | SERVED VIA U.S. MAIL UNLESS<br>SERVED VIA NEF (*) |
| BEKSEJU USA INC.<br>7123 TELEGRAPH ROAD<br>MONTEBELLO, CA 90640 | BLUE MARINE SEAFOOD, INC.<br>4988 CORONA AVE.<br>VERNON, CA 90058 | BONG SOO LEE |
| CJ FOODS, INC.<br>5801 SOUTH MALT AVE.<br>COMMERCE, CA 90040 | COSMOS FOOD<br>2405 FORNEY ST.<br>LOS ANGELES, CA 90031 | DOKIL BAKERY<br>835 EAST 29TH ST.<br>LOS ANGELES, CA 90011 |
| DON LEE<br>2615 BLAZE TRAIL<br>DIAMOND BAR CA 91765 | E-HWA FOOD PRODUCTS CO.<br>2639 EAST 54TH ST.<br>HUNTINGTON PARK, CA 90255 | HAITAI, INC.<br>7227 TELEGRAPH RD.<br>MONTEBELLO, CA 90640 |
| LOTTE INT'L AMERICA-GROC.<br>1805 INDUSTRIAL ST.<br>LOS ANGELES, CA 90021 | LOTTE INT'L-MEAT<br>1805 INDUSTRIAL ST.<br>LOS ANGELES, CA 90021 | MR. PIZZA WESTERN, INC.<br>3881 WILSHIRE BLVD., SUITE B<br>LOS ANGELES, CA 90010 |
| PACIFIC CITY BANK<br>3701 WILSHIRE BLVD.<br>SUITE 100<br>LOS ANGELES, CA 90010 | TAE BONG AMERICA, INC.<br>13120 SPRING ST.<br>BALDWIN PARK, CA 91706 | US METRO BANK<br>9866 GARDEN GROVE BLVD.<br>GARDEN GROVE, CA 92844 |
| WANG GLOBALNET<br>2465 FRUITLAND<br>VERNON, CA 90058 | WARREN INVESTMENTS<br>501 SANTA MONICA BLVD.<br>SUITE 501<br>SANTA MONICA, CA 90401 | |