1  TIMOTHY J. YOO (SBN 155531)
   MONICA Y. KIM (SBN 180139)
2  JOHN-PATRICK M. FRITZ (SBN 245240)
   LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
3  10250 Constellation Blvd., Suite 1700
   Los Angeles, California 90067
4  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
5

FILED & ENTERED

JAN 08 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Duarte    DEPUTY CLERK

6  Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(SANTA ANA DIVISION)

| | |
|---|---|
| In re: | CASE NO. 8:10-bk-10073-ES |
| STAR FOOD INTERNATIONAL, INC., a California corporation, dba "FRESHIA MARKET.", | Chapter 11 |
| Debtor. | **ORDER APPROVING CASH COLLATERAL STIPULATIONS AND AUTHORIZING DEBTOR'S INTERIM USE OF CASH COLLATERAL PENDING A FINAL HEARING** |
| | DATE: January 7, 2010<br>TIME: 10:30 a.m.<br>PLACE: Courtroom 5A<br>411 West Fourth St.<br>Santa Ana, CA |

An emergency hearing was held on January 7, 2010 at 10:30 a.m., before the Honorable Erithe Smith, United States Bankruptcy Judge for the Central District of California, in her Courtroom "5A" located at 411 West Fourth St., Santa Ana, CA, for the Court to consider the emergency motion (the "Motion") filed by Star Food International, Inc., a California corporation, dba "Freshia Market," Chapter 11 debtor and debtor in possession herein (the "Debtor"), for entry of an interim order authorizing the Debtor to use cash collateral on an

emergency interim basis pending a final hearing in accordance with the Debtor's operating budget (the "Budget"), a copy of which is attached as Exhibit "1" to the annexed Declaration of Steve Park (the "Park Declaration") filed in support of the Motion. All appearances made in connection with the Motion are reflected on the record of the Court. All capitalized terms used herein shall have the meanings given in the Motion unless otherwise stated.

The Court, having considered the Motion and all papers filed by the Debtor in support of or in connection with the Motion, and the oral arguments and statements of counsel made at the hearing on the Motion, proper notice of the Motion and the hearing on the Motion having been provided, the Court having concluded that approval of the Motion on an emergency basis is necessary to avoid immediate and irreparable harm, and other good cause appearing therefor,

**THE COURT HEREBY MAKES THE FOLLOWING FINDINGS OF FACT AND CONCLUSIONS OF LAW:**

1. The Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code on January 5, 2010 (the "Petition Date"). The Debtor continues to operate its business, manage its financial affairs and operate its bankruptcy estate as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. Use of "Cash Collateral" (as that term is defined in Section 363(a) of the Bankruptcy Code) by the Debtor in accordance with the Budget is necessary to avoid immediate and irreparable harm to the Debtor's estate.

3. The Debtor, on the one hand, and Pacific City Bank ("PCB") have negotiated a cash collateral stipulation (the "PCB Stipulation") in good faith and at arms' length and the terms of such stipulation are fair and reasonable, and in the best interests of the Debtor's estate, and reflect the Debtor's exercise of prudent business judgment.

4. The Debtor, on the one hand, and US Metro Bank ("Metro Bank") have negotiated a cash collateral stipulation (the "Metro Bank Stipulation") in good faith and at arms' length and the terms of such stipulation are fair and reasonable, and in the best interests of the Debtor's estate, and reflect the Debtor's exercise of prudent business judgment.

5. Under the current circumstances, entry of this Interim Order is warranted and appropriate.

**ACCORDINGLY, BASED ON ALL OF THE PAPERS FILED IN CONNECTION WITH THE MOTION, THE COURT HEREBY ORDERS AS FOLLOWS:**

A. The Motion is hereby granted in its entirety, and the Debtor is hereby authorized to use Cash Collateral to operate its business in accordance with the Budget and the terms set forth in the Motion through the date of the "Final Hearing" (as defined below).

B. The Debtor is authorized to enter into the PCB Stipulation and the Metro Bank Stipulation (collectively, the "Stipulations"), and the Court hereby approves all of the terms and conditions contained therein.

C. As adequate protection of any diminution in the value of the Secured Creditors' pre-petition liens in the Debtor's assets during the Debtor's case, the Secured Creditors shall have and are hereby granted by the Debtor, effective as of the Petition Date, a "replacement lien" pursuant to Sections 361 and 363(e) in all pre-petition and post-petition assets of the Debtor, with such "replacement lien" to have the same extent, validity, and priority as the pre-petition liens held by such creditors.

D. The Court shall conduct a final hearing (the "Final Hearing") on the Motion on February 11, 2010 at **10:30 a.m.**. The Debtor shall give notice of the Final Hearing on all secured creditors, twenty largest unsecured creditors, the Office of the United States Trustee and parties requesting special notice.

1        E.    Any party wishing to oppose the Debtor's use of Cash Collateral on a final basis shall file with the Court and serve upon proposed counsel for the Debtor an opposition by not later than January 25, 2010. Any reply of the Debtor in response to any opposition shall be filed with the Court and served upon the objecting party(ies) by not later than February 4, 2010.

**"IT IS SO ORDERED."**

# # #

DATED: January 8, 2010

*Erithe A. Smith*
United States Bankruptcy Judge

4

| In re<br>STAR FOOD INTERNATIONAL, INC., a California corporation, dba "FRESHIA MARKET.",<br>                                                                Debtor(s). | CHAPTER   11<br>CASE NUMBER  8:10-bk-10073-ES |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

The document(s) described as: **ORDER APPROVING CASH COLLATERAL STIPULATIONS AND AUTHORIZING DEBTOR'S INTERIM USE OF CASH COLLATERAL PENDING A FINAL HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 7, 2009,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

N/A

☐  Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **January 7, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

N/A

☒  Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 6, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**VIA OVERNITEEXPRESS OVERNIGHT DELIVERY**
Hon. Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street, Ctrm 5A
Santa Ana, California 92701-4593          ☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 7, 2010 | Angela Antonio | */s/ Angela Antonio* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                           **F 9013-3.1**

| In re<br>STAR FOOD INTERNATIONAL, INC., a California corporation, dba "FRESHIA MARKET.",<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:1-bk-10073-ES |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER APPROVING CASH COLLATERAL STIPULATIONS AND AUTHORIZING DEBTOR'S INTERIM USE OF CASH COLLATERAL PENDING A FINAL HEARING** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **January 7, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

  * Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
  * Monica Y Kim    myk@lnbrb.com
  * United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**None.**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**None.**

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**