|  |  |
|---|---|
| 1 | WINSTON & STRAWN LLP |
|  | Jarrett L. Fugh (SBN: 148058) |
| 2 | jfugh@winston.com |
|  | Marcus Colabianchi (SBN: 208698) |
| 3 | mcolabianchi@winston.com |
|  | 101 California Street |
| 4 | San Francisco, CA  94111-5802 |
|  | Telephone:    (415) 591-1000 |
| 5 | Facsimile:     (415) 591-1400 |
| 6 | Attorneys for Taemin International Trading Company |

**Winston & Strawn LLP**
101 California Street
San Francisco, CA 94111-5802

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re: | ) | Case No. 8:10-bk-10073-ES |
|---|---|---|
|  | ) |  |
| STAR FOOD INTERNATIONAL, INC., a | ) | Chapter 11 |
| California corporation dba "FRESHIA | ) |  |
| MARKET", | ) | **REQUEST FOR SPECIAL NOTICE** |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
|  | ) |  |

**PLEASE TAKE NOTICE** that Taemin International Trading Company ("<u>Taemin</u>") hereby request that all notices given or required to be given in this case to creditors, any creditors' committee, or any other party in interest (Bankruptcy Rules 2002(a), (b), (c) and (f) and 9007), whether sent by the Court, the debtor, any trustee, or any other party in this case, and all papers served or required to be served in connection with any such matter, be served on the addresses listed below and that, pursuant to Bankruptcy Rule 2002(g) and 9007, the following be added to the Court's master mailing list:

> Marcus O. Colabianchi, Esq.
> Winston & Strawn LLP
> 101 California Street, Suite 3900
> San Francisco, CA  94111
> Telephone: (415) 591-1000
> Facsimile: (415) 591-1400
> mcolabianchi@winston.com

1

REQUEST FOR SPECIAL NOTICE

SF:270935.1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, dismissal, hearing, motion, pleading, plan, disclosure statement or request, formal or informal, whether conveyed by mail, telephone, facsimile or otherwise.

Dated: January 7, 2010　　　　　　　　　　WINSTON & STRAWN LLP

By: /s/ Marcus O. Colabianchi
　　Marcus O. Colabianchi,
　　Attorneys for Taemin International Trading Company