PETER C. ANDERSON
United States Trustee
**FRANK CADIGAN (Bar No. 95666)**
**Assistant United States Trustee**
OFFICE OF THE UNITED STATES TRUSTEE
RONALD REAGAN FEDERAL BUILDING &
    UNITED STATES COURTHOUSE
411 W. Fourth St., Ste. 9041
Santa Ana, CA 92701-8000
Telephone:  (714) 338-3400
Facsimile:  (714) 338-3421
Email: Frank.Cadigan@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In Re: | CHAPTER 11 |
| **STAR FOOD INTERNATIONAL** | CASE NO.: **8:10-bk-10073-ES** |
| | APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |

Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby appoints the following five (5) members to serve on a Committee of Creditors holding unsecured claims.

**SEE EXHIBIT A ATTACHED**

DATED:  2/18/2010

Respectfully submitted,
OFFICE OF THE UNITED STATES TRUSTEE

/s/ Frank Cadigan
_____
FRANK CADIGAN
ASSISTANT U.S. TRUSTEE

1  IN RE: **STAR FOOD INTERNATIONAL**
   CASE NO.: **8:10-bk-10073-ES**
2

3
   LOTTE INTERNATIONAL AMERICA CORP
4  ATTN: YANG S. SHIN
   C/O SUSAN VAAGE OR ANN G. LEE
5  GRAHAM VAAGE, LLP
   500 N. BRAND BLVD., #1030
6  GLENDALE, CA 91203
   TEL: (818) 547-4800
7  FAX: (818) 547-3100

8  PULMUONE WILDWOOD, INC.
   ATTN: SARAH CHANG
9  2315 MOORE AVE.
   FULLERTON, CA 92833
10 TEL: (714) 578-1465
   FAX: (714) 860-7728
11

12 PACIFIC GIANT, INC.
   ATTN: CHANGYUN LIM
13 4625 DISTRICT BLVD.
   VERNON, CA 90058
14 TEL: (323) 587-5000
   FAX: (323) 587-5050
15

16 JFC INTERNATIONAL, INC.
   ATTN: MASAHIKO NAKAJIMA
17 7101 E. SLAUSON AVE.
   COMMERCE, CA 90040
18 TEL: (323) 395-3324
   FAX: (323) 721-6955
19

20 OYANG AMERICA, INC.
   ATTN: JOHNNY YONG
   2826 E. 1ST ST.
21 LOS ANGELES, CA 90033
   TEL: (213) 820-9290
22 FAX: (323) 780-5741

23

24

25

26

27

28                      EXHIBIT A

                           -2-

| In re:<br>STAR FOOD INTERNATIONAL | Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:10-bk-10073-ES |
|---|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
411 W. FOURTH ST., #9041, SANTA ANA, CA 92701

The foregoing document **APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ( "LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **FEBRUARY 18, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Monica Y Kim myk@lnbrb.com

            Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **FEBRUARY 18, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Star Food International, a California corporation, 12840 Beach Boulevard, Stanton, CA 90680

See attached Exhibit A

            Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **FEBRUARY 18, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Erithe Smith–Bin outside Rm 5097

_____Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| FEBRUARY 18, 2010 | TARI KING | /s/ Tari King |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009      F 9013-3.1